Lloyd PARKS, Individually and as Administrator of the
Estate of Mary Parks, the Deceased *v.* HILLHAVEN
NURSING HOME of Little Rock, Dr. John Wolverton and
Little Rock Nursing Center of Little Rock, Arkansas

91-314                                   827 S.W.2d 148

Supreme Court of Arkansas
Opinion delivered April 6, 1992

*William Proctor, Jr.*, for appellants.

*Friday, Eldredge & Clark*, by: *Guy Alton Wade*, for
appellees.

ROBERT H. DUDLEY, Justice. Appellant filed multiple
claims against multiple parties for the alleged wrongful death of
his wife. The trial court granted summary judgment in favor of all
of the defendants on all of the claims. We reversed. *Parks* v.
*Hillhaven Nursing Home,* 303 Ark. 557, 798 S.W.2d 106 (1990).
Upon remand, two of the three defendants again filed motions for
summary judgment. The trial court granted *partial* summary
judgment in favor of the two defendants on the counts of medical
malpractice, negligence, and wrongful death, but held that issues
of material fact existed on the other counts against those two
defendants. In summary, the trial court entered a *partial* sum-
mary judgment on some of the claims for some of the parties, but
did not enter a judgment on all of the claims against all of the
parties. The appellant again seeks to appeal. We dismiss the
appeal for lack of a final order.

Under A.R.C.P. Rule 54(b), the trial court may enter a

final judgment or order in a case involving multiple claims or multiple parties by making an *express determination* that there is no reason to delay an appeal. *See Franklin* v. *Osca, Inc.*, 308 Ark. 409, 825 S.W.2d 812 (1992). The failure to obtain such a finding of fact or judgment or order presents a jurisdictional issue which we will raise on our own, and absent compliance, we dismiss the appeal for lack of a final order. *Middletown* v. *Stilwell,* 301 Ark. 110, 782 S.W.2d 44 (1990). There was no final order in this case and accordingly, we dismiss the appeal.